# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2015

Lyle W. Cayce
Clerk

No. 14-41255
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN SAUCEDO-VIANEY, also known as Juan Saucedo, also known as Juan Vianey-Saucedo,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CR-113-1

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Juan Saucedo-Vianey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Saucedo-Vianey has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Saucedo-Vianey's claims of ineffective

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41255

assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* 135 S. Ct. 123 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Saucedo-Vianey's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Saucedo-Vianey's request to relieve counsel and to proceed pro se is DENIED as untimely. *See United States v. Wagner,* 158 F.3d 901, 902-03 (5th Cir. 1998).